

Ralph S. Aldecoa
Ralph T. Aldecoa
Robert V. Tuzon
240 East Grant Road
Tucson, AZ 85705

Plaintiff's
In Propria Persona

# UNTIED STATES DISTRICT COURT

## In and For The Southern District ( Tucson )

RALPH S. ALDECOA,
RALPH T. ALDECOA,
ROBERT V. TUZON,
       Plaintiffs,

CIV_____

**CV14-2540 TUC DCB**

COMPLAINT

-v-

a.) BLACK LIST
b.) WILFUL INFRINGEMENT OF RIGHT TO HAVE A BUSINESS EXPECTANCIES

| | |
|---|---|
| JOESPH T. FIELDS, and His Spouse JANE DOE 1 FIELDS, | c.) FRAUD |
| | d.) CONTRACT BY ADHESION |
| KIRSTEN THOMPSON and her Spouse JOHN DOE 1 THOMPSON, | e.) CONSPIRACY |
| | f.) INFLICTION OF MENTAL DISTRESS |

COX ENTERPRISES;
NEXTGEAR CAPITAL INC.
MANHEIM AUCTIONS,
MANHEIM AUTOMOTIVE FINANCE CORPORATIONS,
DEALER SERVICES CORPORATIONS,
SHELLY COCAPOLA and her Spouse JOHN DOE 11 COCAPOLA,
ERNIE FLORES, and his Spouse JANE DOE 11 FLORES,
AUTOMOTIVE FINANCE CORPORATIONS,
TOM ADAMS, Owner/President of AUCTIONS INSURANCE AGENCY, and his Spouse JANE DOE 111 ADAMS.
DOUG MOFFETT and his Spouse JANE DOE IV MOFFETT,
MOHAMMED H. KAVOOSI, Sole Proprietor, DBA
K & L ENTERPRISE,

JOHN DOES IV to X,
JANE DOES V to X,
ABC CORPORATIONS I to X,
ABC PARTNERSHIPS I to X,
XYZ ENTITIES I to X,

Plaintiff's file this cause of action against the above named Defendant's, allege as follows:

A:)   JURISDICTION

1.)   This case involves parties whose main offices are located in several other states, but conduct business In the State of Arizona;

a.)   Diversity of Citizenship also applies;

### B.)   THE PARTIES

2.)    Plaintiff's are individuals endeavoring to do Business in the State of Arizona, County of Pima:

3.)    Defendant COX ENTERPRISE owns defendant's Nextgear Inc and defendant's Fields, Thompson, Manheim Auctions, Manheim Automotive Financial Corporations, Dealer Services, and defendant's Cocapola, Flores, and Automotive Finance Corporations were actor's, agents and representatives for their respective companies and conducted their business

within the State of Arizona at all times stated in this complaint.

4.) Defendant's Auction Insurance Agency oversees any and all auctions, and defendant's Adams, Moffett are actor's, agents and representatives for Defendant Auctions Insurance Agency that conducts their business within the State of Arizona at all times stated in the complaint;

5.) Defendant Kavoosi a sole proprietor/dba K & L Enterprise operates his automotive business in the State of Arizona, within the County of Pima.

6.)     Defendant's John Doe's, Jane Doe's, ABC Corporations, ABC Partnerships, and XYZ Entities are reserved for unknown parties that may become known in the future;

### C.) REQUEST FOR PRELIMINARY INJUNCTION and TEMPORARY RESTRAINING ORDER

7.)     Plaintiff's will be requesting for a Preliminary Injunction and Temporary Restraining Order against the Defendants' Cox Enterprises and Auction Insurance Agency and K & L Enterprise to cease their Black List and wilfully infringement of right to have business expectancies;

D.)  BLACK LIST AN INTERNAL WORD USED AUTOMOTIVE INDUSTRY

8.)    Defendant's Cox Enterprise, Auction Insurance Agency, Mr. Tom Adams Jr. and Mr. Doug Moffett acted in concert with the scheme to carry out a " BLACK LIST " as it is known within the automotive industry, to NOT deal with certain individuals, and Plaintiff Mr. Ralph S. Aldecoa was one of the individuals placed on this ' BLACK LIST " which deprived Plaintiff Mr. Ralph S. Aldecoa from attending auctions to bid on vehicles, particularly at the defendant Manheim Auctions that was by design to wilfully caused injury to Plaintiff Mr.

Ralph S. Aldecoa to receive any auction/bidding vehicle at a cost, which once, re-conned and placed on a retail dealer Car lot would allow Plaintiff Mr. Ralph S. Aldecoa to make a profit, as well as utilize the service of Defendants Manheim Financial Corporation and Dealer Services at the bid costs and not be forced to attain Manheim Auction units from defendant Mr. Mohammad H. Kavoosi, a sole proprietor, dba K & L Enterprise, and was part of the scheme with defendant's Manhem Auctions, Auction Insurance Agency, Mr. Doug Moffet, which defendant Kavoosi would bid for units at defendant Manheim Auctions for Plaintiff Mr. Ralph S. Aldecoa use and he ( Mr. Ralph S. Aldecoa had to pay a surcharge in excess of One Hundred

and fifty ( 150 % ) per cent above the auction bidding price that defendant Kasoovi paid for each unit.

      a.) Defendant's Manheim Auction, Ms. Shelly Copapola, Mr. Ernie Flores took part in the " Black List " and knew that defendant's Auction Insurance Agency, Mr. Tom Adams Jr. and Mr. Doug Moffet, the Dealers Analyst for removal and they placed Plaintiff Mr. Ralph S. Aldecoa name on the " BLACK LIST " and they executed the " BLACK LIST " which prevented Plaintiff Mr. Ralph S. Aldecoa from participating in the bidding auction process with the defendant Manheim Auction;

b.) Since, on or about March 2013 through November 2014, Plaintiff Mr. Ralph S. Aldecoa was denied access to defendant Manheim's Auctions which caused Plaintiff Mr. Ralph S. Aldecoa to suffer financial losses estimated in the hundreds of thousands of dollars, while these defendant's carried out their scheme to " BLACK LIST " Plaintiff Mr. Ralph S. Aldecoa from attaining units from defendant Manheim Auction.

E.) WILFUL INFRINGEMENT OF RIGHT
TO HAVE A BUSINESS EXPECTANCIES

9.) Defendant's Auction Insurance Agency, Mr. Tom Adams, Mr. Dough Moffet, Ms. Shelly Cocapola, Mr. Ernie Flores, Manheim Auctions, Manheim Financial Corporation, Cox Enterprises, Dealer Services, Automotive Financial Corporations have acted in concert by participating in the ' BLACK LIST " which they took part in the conspiracy against Plaintiff Mr. Ralph S. Aldecoa as they acted together in a Wilful infringement of Right to have a Business Expectancies;

a.) Plaintiff Mr. Ralph S. Aldecoa's dream and or having a business has been diminished by these defendant's, and they have not only caused Plaintiff Mr. Rallph S. Aldecoa a financial loss, but inflicted unwarranted

Pain and sufferings upon Plaintiff Mr. Ralph S. Aldecoa;

10.) Defendant Mr. Mohanned H. Kavoosi, a Sole proprietor, DBA K & L Enterprise became " unjustly enriched " by his part of the scheme with the defendant Manheim Auctions, as well as was a prime player to act With the Wilful Infringement of Right to have a Business Expectancies in the Retail Car Dealership.

a.) Defendant Kavoosi fraudulently induced Plaintiff Mr. Robert V. Tuzon to invest in the auction vehicle with the promise that said fund invested would yield a return for Plaintiff Mr. Robert V. Tuzon Eighty ( 80 % ) percent.

b.) Defendant Kavoosi's scheme in the bidding of auctioned vehicle units from defendant Manheim, turned out to be in violation of ADOT/DMV Laws, on or about, during November 12th, 2014 Defendant Kasoovi removed all the units attained from defendant Manheim Auctions from the car lot location on Grant Road, and

c.) Refused to return Plaintiff Mr. Robert V. Tuzon's invested funds in the amount of Ten ( 10 ) Thousand Dollars.

      F.)    CONSTRUCTIVE FRAUD, FRAUD, CONSPIRACY, CONTRACT BY ADHESION BY DEFENDANT'S MR. JOESPH T. FIELDS and MS. KIRSTEN THOMPSON AGAINST PLAINTIFF MR. RALPH T. ALDECOA

11.)   On or about, during October 2012 through December 2012, defendant's Mr. Joesph T. Fields and Ms Kirsten Thompson acted in concert with each other and Altered documents, forged signatures, and executed a bogus Power of Attorney for Plaintiff Mr. Ralph T. Aldecoa to Rush a Floor Plan/A Co-Sign matter which was fraudulently Induced by defendant' Fields and Thompson;

a.)   On or about November 6, 2012 defendant Fields notarized documents, which he ( Fields ) had a financial interest in, which violated Arizona State Notary Laws;

b.)   On or about July 31, 2014, the Secretary of State, for the State of Arizona, " REVOKED " Defendant Fields Notary seal and commission for violating State Notary Laws, and defendant Fields' acts, actions, and Conduct caused Plaintiff Mr. Ralph T. Aldecoa to suffer Grave Financial losses as well as suffer from unwarranted Inflicted pains and mental distress at the hands of defendant's Fields and Thompson.

b.) Defendant's Ms. Kirsten Thompson and Mr. Joesph T. Fields conspired with each other and performed the acts, actions and conduct of constructive fraud and fraud against Plaintiff Mr. Ralph T. Aldecoa by ( i ) presenting material facts which plaintiff Mr. Ralph T. Aldecoa relied upon, and ( ii ) these defendants Thompson and Fields put their their scheme in motion to get plaintiff Mr. Ralph T. Aldecoa to act; ( iii ) these defendant's Thompson and Fields knew that their conduct was false, ( iv ) Plaintiff Mr. Ralph T. Aldecoa was ignorant to these defendant's Thompson and Fields fraudulent schemes, ( v ) Plaintiff Mr. Ralph T. Aldecoa relied upon these defendant's Thompson and Fields representations;

( vi ) Plaintiff Mr. Ralph T. Aldecoa had a right to trust and rely upon these defendant's Thompson and Fields representations. ( vii ) These defendant's Thompson and Fields representations and consequent acts, actions and conduct caused the proximate damages to Plaintiff Mr. Ralph T. Aldecoa, ( viii ) which was a financial loss ( ix ) as defendant Thompson and Fields acts, actions an conduct, was with malice to cause injury to plaintiff Mr. Ralph T. Aldecoa, and these defendant's Thompson and Fields wilfully infliction of unwarranted pains, suffering and mental anguish upon plaintiff Mr. Ralph T. Aldecoa;

c.)  These defendant's Thompson and Fields executed bogus documents upon plaintiff Mr. Ralph T. Aldecoa, which resulted in a unsigned Contract by Adhesion, that defendant Fields approved with the false Power of Attorney which defendant Fields had notarized for his ( Fields ) financial gain.

WHEREFORE, Plaintiff's pray for judgment against these defendant's as follows;

A.)  Actual Damages in the amount of Ten ( 10 ) Thousand Dollars that defendant Mr. Mohammed H. Kavoosi frauded Plaintiff Mr. Robert V. Tuzon out of:

B.) For Compensatory Damages as a result of the acts, actions and conduct in such amounts as are just and reasonable and proven at trial;

C.) For Punitive Damages in the amount necessary to punish these defendant's to ensure that they do not engage in such conduct in the future;

D.) For such other and further relief as the court deems just and reasonable;

DATED THIS 8th DAY OF DECEMBER 2014;

By: _____
Ralph S. Aldecoa

By: _____
Ralph T. Aldecoa

By: _____
Robert V. Tuzon