

```
Court Name: United States District Court
Division: 4
Receipt Number: TUC021745
Cashier ID: kpetrill
Transaction Date: 12/08/2014
Payer Name: RALPH SCOTT ALDECOA
-----------------------------------
CIVIL FILING FEES
 For: RALPH SCOTT ALDECOA
 Case/Party: D-AZX-4-14-CV-002540-001
 Amount:        $400.00
-----------------------------------
CREDIT CARD
 Amt Tendered: $400.00
-----------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:       $0.00
```

A fee of $53 will be assessed on all returned remittances