

Ralph S. Aldecoa
Ralph T. Aldecoa
Robert V. Tuzon
240 East Grant Road
Tucson, AZ 85705

Plaintiff's
In Propria Persona


UNTIED STATES DISTRICT COURT

In and For The Southern District ( Tucson )

| | |
|---|---|
| RALPH S. ALDECOA, <br> RALPH T. ALDECOA, <br> ROBERT V. TUZON, <br>     Plaintiffs, <br><br> -v- <br><br> JOESPH T. FIELDS, and <br> His Spouse JANE DOE 1 <br> FIELDS, | **CV14-2540 TUC DCB** <br> CIV_____ <br><br> MOTION FOR PRELIMINARY <br> INJUNCTION and TEMPORARY <br> RESTRAINING ORDER |

KIRSTEN THOMPSON and
her Spouse JOHN DOE
1 THOMPSON,

COX ENTERPRISES;

NEXTGEAR CAPITAL INC.

MANHEIM AUCTIONS
,
MANHEIM AUTOMOTIVE FINANCE
CORPORATIONS,

DEALER SERVICES CORPORATIONS,

SHELLY COCAPOLA and her
Spouse JOHN DOE 11
COCAPOLA
,
ERNIE FLORES, and his
Spouse JANE DOE 11 FLORES,

AUTOMOTIVE FINANCE
CORPORATIONS
,
TOM ADAMS, Owner/President
of AUCTIONS INSURANCE AGENCY,
and his Spouse JANE DOE 111
ADAMS.

DOUG MOFFETT and his
Spouse JANE DOE IV MOFFETT,

MOHAMMED H. KAVOOSI,
Sole Proprietor, DBA
K & L ENTERPRISE,

JOHN DOES IV to X,

JANE DOES V to X,

ABC CORPORATIONS I to X,

ABC PARTNERSHIPS I to X,

XYZ ENTITIES I to X,

Plaintiff Mr. Ralph S. Aldecoa files his Motion Based upon the Complaint against these defendants for Court to issue a Preliminary Injunction and Temporary Restraining Order against the defendants Nextgear Inc. Manheim Auctions, Auctions Insurance Agency and it's

Representatives, agents, and or actor's to cease immediately, and that an order to show cause why Plaintiff Mr. Ralph S. Aldecoa should not be permitted to attend and participate in the bidding and or buy units at the defenant's Manheim Auction or any other auction(s) which defendant Manheim and or it's affiliates operate such auction(s);

1.) Plaintiff Mr. Ralph S. Aldecoa will be Irreparably harmed if the court does not grant the Requested Preliminary Injunction and Temporary Restraining Order;

a.) As Plaintiff Mr. Ralph S. Aldecoa must

be able to attend and participate in the bidding and auction process to have the opportunity to have a business without the interference of these defendants;

b.) The granting of the Preliminary Injunction and Temporary Restraining Order does not prejudice any party in this matter,

c.) Plaintiff Mr. Ralph S. Aldecoa is not a threat to the orderly operations at the Manhiem Auctions and or it's other afiiliates;

d.) In the interest of justice and fair play, the Plaintiff Mr. Ralph S. Aldecoa is entitled to the

granting of the Preliminary Injunction and Temporary Restraining Order, " ORDERING that Plaintiff Mr. Ralph S. Aldecoa shall be permitted to attend and bid and or buy vehicle units at the Manhiem Auction.

RESPECTFULLY SUBMITTED THIS 8th DAY OF DECEMBER 2014:

By: _____
Mr. Ralph S. Aldecoa


VERIFICATION


I, RALPH S. ALDECOA makes this verification upon his oath and under the penalty of perjury, that he has

read the complaint and the Motion for a Preliminary Injunction and a Temporary Restraining Order, and the contents of both pleading are true and correct to best of my knowledge and belief;

DATED THIS 8th DAY OF DECEMBER 2014;

By: _____
Ralph S. Aldecoa