

Ralph S. Aldecoa
Ralph T. Aldecoa
Robert V. Tuzon
240 East Grant Road
Tucson, AZ 85705

Plaintiff's
In Propria Persona

## UNTIED STATES DISTRICT COURT

### In and For The Southern District ( Tucson )

RALPH S. ALDECOA,              **CV14-2540 TUC DCB**
RALPH T. ALDECOA,       CIV_____
ROBERT V. TUZON,
    Plaintiffs,

                               ORDER

-v-

JOESPH T. FIELDS, and
His Spouse JANE DOE 1
FIELDS,

KIRSTEN THOMPSON and
her Spouse JOHN DOE
1 THOMPSON,

COX ENTERPRISES;

NEXTGEAR CAPITAL INC.

MANHEIM AUCTIONS
,
MANHEIM AUTOMOTIVE FINANCE
CORPORATIONS,

DEALER SERVICES CORPORATIONS,

SHELLY COCAPOLA and her
Spouse JOHN DOE 11
COCAPOLA
,
ERNIE FLORES, and his
Spouse JANE DOE 11 FLORES,

AUTOMOTIVE FINANCE
CORPORATIONS
,
TOM ADAMS, Owner/President
of AUCTIONS INSURANCE AGENCY,
and his Spouse JANE DOE 111
ADAMS.

DOUG MOFFETT and his
Spouse JANE DOE IV MOFFETT,

MOHAMMED H. KAVOOSI,
Sole Proprietor, DBA
K & L ENTERPRISE,

JOHN DOES IV to X,

JANE DOES V to X,

ABC CORPORATIONS I to X,

ABC PARTNERSHIPS I to X,

XYZ ENTITIES 1 to X ;

THE COURT HAVING REVIEWED THE PLEADING AND DOCUMENT S FIND:

IT IS ORDERED granting the Preliminary Injunction and Temporary Injunction that Plaintiff Mr. Ralph S.

Aldecoa shall be permitted to attend and bid and or buy vehicle units at Manheim Auctions and it' affiliates;

IT IS FURTHUR ORDERED that the defendants appear In court on the ____day of _____ 20_____ and show why this Preliminary Injunction and Temporary Restraining Order should not remain in effect;

DONE IN OPEN COURT ON THIS _____ DAY OF DECEMBER, 2014:

By:_____
        U. S. District Court Magistrate
        U. S. District Court Judge