Case: 4:14cv2540

Ralph T Aldecoa

240 E Grant Road
Tucson, AZ 85705

---

Doc. #4

U.S. DISTRICT COURT CLERK'S OFFICE
4 CONGRESS ST. STE. 1500
TUCSON AZ 85701-5010



TO:



RECEIVED
DEC 1 8 2014
CLERK'S OFFICE
U.S. DISTRICT COURT

☐ NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
☐ NO MAIL RECEPTACLE
☐ NO SUCH NUMBER/STREET
☐ REFUSED ☐ VACANT ☐ UNCLAIMED
☐ INSUFFICIENT ADDRESS
  ☐ NEED APT/UNIT NUMBER
  ☐ NEED COMPANY NAME
     AND/OR SUITE NUMBER
  ☒ ATTEMPTED, NOT KNOWN