

Ralph S. Aldecoa et al
240 East Grant Road
Tucson, AZ 85705


Plaintiff's
In Propria Persona


# UNITED STATES DISTRICT COURT

## In and for the Southern District ( Tucson )


RALPH S. ALDECOA,  et al,
        Plaintiff's

CV14-2540-TUC-DCB

**MOTION FOR EXTENSION
OF TIME TO FILE AMENDED
COMPLAINT**

-v-


JOSEPH T. FIELDS,  et ux, et al,
        Defendant's

Page 2
CV14-2540-TUC DCB
Motion for Extension


Plaintiff's First Amended Complaint is Due on or about January 11, 2015, and Plaintiff's file this Motion for an extension of time to file the Amended Complaint no later than January 16th, 2015 by 5:00 Pm.

The granting of this extension of time does not prejudice any party and is requested in the interest of justice.


RESPECTFULLY SUBMITTED THIS 8th DAY OF JANUARY, 2015:

By:_____
        Ralph S. Aldecoa


By:_____
        Ralph T. Aldecoa


By:_____
        Robert V. Tuzon


Page 2