

Ralph S. Aldecoa
Ralph T. Aldecoa
Robert V. Tuzon
P.O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona


# UNITED STATES DISTRICT COURT

## In and for the Southern District ( Tucson )


RALPH S. ALDECOA,
RALPH T. ALDECOA
ROBERT V. TUZON,

              Plaintiff's,

-v-

CV14-2540-TUC-DCB

**FIRST AMENDED COMPLAINT**

a.) CONSTRUCTIVE
     FRAUD, FRAUD,
     CONTRACT BY
     ADHESION

1

JOESPH T. FIELDS and
his spouse JANE DOE 1
FIELDS,
KIRSTEN THOMPSON and
her spouse JOHN DOE 1
THOMPSON,
COX ENTERPRISE,
NEXTGEAR CAPITAL INC,
MANHEIM AUCTIONS
MANHEIM AUTOMOTIVE
FINANCE CORPORATIONS,
DEALER SERVICES
CORPORATIONS,
SHELLY COCAPOLA and
Her spouse JOHN DOE 11
COCAPOLA,
ERNIE FLORES and his
Spouse JANE DOE 11
FLORES,
AUTOMOTIVE FINANCE
CORPORATIONS,
TOM ADAMS, OWNER,
PRESIDENT OF AUCTIONS
INSURANCE AGENCY and his
Spouse JANE DOE 111 ADAMS,
DOUG MOFFETT and his
Spouse JANE DOE 1V MOFFETT,

b.)   CONSPIRACY,
      BLACK LIST,

c.)   WILFUL
      INTERFERENCE
      OF RIGHT TO
      HAVE A BUSINESS
      EXPECTANCIES

d.)   WILFUL
      INFLICTION OF
      MENTAL
      DISTRESS

2

MOHAMMED  H.  KAVOOSI,
Sole Proprietor  DBA
K & L  ENTERPRISE,
JOHN DOES  1V  to  X.
JANE DOES V to  X,
ABC  CORPORATIONS 1 to X,
ABC  PARTNERSHIPS  1  to  X,
XYZ  ENTITIES  1  to  X,

COMES  NOW  the  Plaintiff's  file
their  FIRST AMENDED  COMPLAINT  against  the
above  named defendant's,  allege  as  follows:

AA:    JURISDICTION

( a.)  The  Court  has  Jurisdiction  in  this
matter  as the  parties  acts,  actions  and  conduct
occurred  within  the  State  of  Arizona, as  the above

3

named defendant's operated their Businesses, Companies and or Corporations within the State of Arizona, ans said defendant's did appointed their Officials, Agents and or Representatives to act for them to Prepare and Form Contracts, Execute Agreements and make loans from such states as Georgia, Indiana, Delaware, and Alabama that violated the laws in the various states, especially within the State of Arizona.

(b.)   The amount of controversy exceeds the Seventy Five ( 75 ) Thousand Dollars required by Federal Law;

(c.)   Diversity of Citizenship equally applies;

4

BB.)     PARTIES

1.)     Plaintiff's are persons trying to do business and earn a living within the State of Arizona. County of Pima;

2.)     Defendant COX ENTERPRISES own defendants NEXTGEAR CAPITAL INC, MANHEIM AUCTIONS, MANHEIM AUTOMOTIVE FINANCIAL CORPORATIONS, DEALER SERVICES does business within the State of Arizona

( a.)  and defendant's FIELDS and THOMPSON, ( were ) are officials, agents and or representatives

5

appointed by COX ENTERPRISES to transact contracts, execute loans and agreements within the State of Arizona, as well as from the states of Indiana, and Delaware.

3.)     Defendants AUTOMOTIVE FINANCE CORPORATIONS does business in the State of Arizona.

(a.)    and it's appointed Officials, Agents and or Representatives FLORES and COCAPOLA who acted in the interest of AUTOMOTIVE FINANCE CORPORATION whose main offices are in the State of Georgia.

6

4.)   Defendant  TOM  ADAMS, owner and President of AUCTIONS  INSURANCE  AGENCY does business  within  the State  of Arizona, whose  main Office is in  the  State  of Alabama;

a.)   Defendant  MOFFETT  is  appointed  as an  Official, Agent and  or Representative  to  act  for defendant  AUCTIONS  INSURANCE  AGENCY  which caused  injury  to  Plaintiff's  ALDECOA'S

5.)   Defendant  MOHAMMED  H. KASOOVI, Sole  Proprietor, DBA  K  &  L  ENTERPRISE  acted jointly  with  defendant's COX  ENTERPRISES,  and  it's subsidiaries  which  caused  injury  to the  plaintiff's within  the  State  of Arizona

7

CC.)    FIRST CAUSE OF ACTION

CONSRUCTIVE FRAUD, FRAUD,
CONTRACT  BY  ADHESION

6.)     On  or  about, during  between   October

2012  through   January  29th, 2013  Plaintiff  Mr. Ralph  T.

Aldecoa, within  the  State  of  Arizona,   was  dealing  with

defendant's  COX   ENTERPRISES, NEXTGEAR

CAPITAL,MANHEIM AUCTIONS,  MANHEIM

AUTOMOTIVE  FINANCE  CORPORATIONS and

DEALER SERVICES  CORPORATIONS  whose main

offices  are located in  the   states  of  Indiana  and

Delaware,  and  through  their  officials,  agents,  and  or

representatives,  particularly  Defendant's  THOMPSON

8

and FIELDS, who collected data and compiled record so that they could rush a Financial package for plaintiff Mr. Ralph T.Aldecoa in the floor plan needed for the automotive dealership sales.

7.) On or about, during October 2012 and November 6, 2012, defendant's THOMPSON and FIELDS committed the act of constructive fraud by using false information from another person and without the knowledge of plaintiff Mr. Ralph T. Aldecoa's, as they { THOMPSON and FIELDS } used plaintiff Mr. Ralph T. Aldecoa's name to secure funds plaintiff for Mr. Ralph T. Aldecoa, which they { THOMPSON and FIELDS } knew that they

9

{ THOMPSON and FIELDS } Would receive a large monetary gain for themselves, and placed plaintiff Mr. Ralph T.Aldecoa at high risk as defendant FIELDS notarized and forged plaintiff Mr. Ralph T. Aldecoa's name to documents as they { THOMPSON and FIELDS } Approved their own funding.

8.) Plaintiff Mr. Ralph T. Aldecoa had a funding approved, whereby there were Twenty Four ( 24 ) vehicles placed on the dealership car lot at an estimated value of Three Hundred Fifty Thousand ( $ 350,000,00 ) dollars;

10

9,)    Defendant's THOMPSON and

FIELDS rewarded themselves financially at plaintiff

Mr. Ralph T. Aldecoa's expense and when defendant

MANHEIM AUTOMOTIVE FINANCIAL

CORPORATION wanted the vehicles accounted for;

Plaintiff Mr. Ralph T.Aldecoa had to involuntarily

surrender said vehicles to the defendant MANHEIM

AUCTIONS, which caused plaintiff Mr. Ralph T.

Aldecoa to suffer a financial loss of One Hundred

Fifty ( $ 150,000.00 ) Thousand Dollars.


10.)    On or about July 31st, 2014

The Arizona Secretary of State "REVOKED" defendant

11

MR. JOSEPH T. FIELDS appointment and commission as a Notary Public for forging documents relating to plaintiff Mr. Ralph T. Aldecoa during, between October 2012 through January 29th, 2013;

11.) Defendant's THOMPSON and FIELDS acted in concert with each other and performed the acts, actions and conduct of constructive fraud and actual fraud against plaintiff Mr. Ralph T. Aldecoa by;

( i ) Presenting material facts which Plaintiff Mr. Ralph T. Aldecoa relied upon:

12

( ii )  Defendant's  THOMPSON  and FIELDS  put  their scheme in  motion  to  get  plaintiff Mr. Ralph  T. Aldecoa to act:

( iii )  Defendant's THOMPSON  and FIELDS knew  that  their  conduct was  false;

( iv )  Plaintiff  Mr.  Ralph  T. Aldecoa  was ignorant  to  defendant's  THOMPSON  and  FIELDS fraudulent scheme;

( v )  Plaintiff  Mr.  Ralph  T. Aldecoa relied  upon  these  defendant's  THOMPSON  and FIELDS representations:

13

( vi )   Plaintiff Mr. Ralph T. Aldecoa had a right to trust and rely upon defendant's THOMPSON and FIELDS representations;

( vii ) Defendant's THOMPSON and FIELDS representations and consequent acts, actions and conduct caused the proximate damages to plaintiff Mr. Ralph T . Aldecoa;

( viii ) The defendant's THOMPSON and FIELDS caused plaintiff Mr. Ralph T. Aldecoa to suffer the financial loss:

14

( ix )   Defendant's THOMPSON and FIELDS acts, actions and conduct was with malice to cause injury to plaintiff Mr. Ralph T. Aldecoa;

( x)   Defendant's THOMPSON and FIELDS willfully caused unwarranted infliction of pains, suffering and mental anguish upon plaintiff Mr. Ralph T. Aldecoa;

12.)  Defendant's THOMPSON and FIELDS executed the bogus contract that was falsely notarized, resulted in an unsigned Contract of

Adhesion which FIELDS approved by his ( FIELDS ) falsified notarized Power of attorney which plaintiff Mr. Ralph T. Aldecoa did not sign.

DD.)   SECOND CAUSE OF ACTION

CONSPIRACY/BLACKLIST

13.)   Defendant's COX ENTERPRISES, AUCTION INSURANCE AGENCY, NEXTGEAR CAPITAL INC, MANHEIM AUCTIONS, MANHEIM AUTOMOTIVE FINANCIAL CORPORATION, AUTOMOTIVE FINANCE CORPORATION,

16

DEALER  SERVICES CORPORATION  who operate
their  businesses in  the  states  of  Georgia,  Delaware,
Alabama  and  Indiana,  with  offices  to  do  business
within  the  State of  Arizona,  particularly,  defendant's
TOM  ADAMS,  DOUG MOFFETT, SHELLY
COCAPOLA, ERNIE FLORES  and MOHAMMAD  H.
KAVOOSI,  A sole  Proprietor, DBA  K  &  L
ENTERPRISE  acted in  concert  with  each  other
to  place  plaintiff Mr.  Ralph  S. Aldecoa  on  the  '
BLACKLIST " so  Plaintiff  Mr.  Ralph  S. Aldecoa
could  not  attend  defendant MANHEIM  AUCTIONS
to bid/buy vehicles  for the  Dealership  Car  Lot.

17

14.)      Defendant's ADAMS, MOFFETT COCAPOLA and FLORES carried out the manifest and orders from defendant's COX, MANHEIM AUCTIONS,MANHEIM AUTOMOTIVE FINANCE CORPORATION, DEALER SERVICES CORPORATION and NEXTGEAR CAPITAL INC. that plaintiff Mr. Ralph S. Aldecoa was banned from the auctions because of the issues between plaintiff Mr. Ralph T. Aldecoa and defendant's THOMPSON and FIELDS.

15.)    Defendant MOFFETT issued a memo to defendant's COCAPOLA and FLORES that plaintiff Mr. Ralph S. Aldecoa could not attend/bid on vehicles at auctions.

18

16.)   Defendant MOHAMMAN H. KAVOOSI  joined defendant's MOFFETT and  FLORES that plaintiff Mr.  Ralph  S.  Aldedcoa  would  be  on the ' BLACKLIST ',  but  defendant  MANHEIM AUCTIONS  would let    defendant KAVOOSI  buy unit/vehicles at the  auction  for  plaintiff Mr.  Ralph  S. Aldecoa, as  long  as  plaintiff Mr.  Ralph  S.  Aldecoa paid  the 'SURCHARGE " of One   Hundred Fifty ( 150 ) Per  Cent  over  the unit charges.

a.)   Defendant's  MANHEIM AUCTIONS would  come  to  the  Dealership  Car  Lot  that  plaintiff Mr. Ralph  S. Aldecoa  had, and  inventoried  the units, and made  sure  that  plaintiff Mr.  Ralph  S.,  Aldedcoa paid  the "SURCHARGE "  for  each unit.

19

B.)    Since  on  or  about February  2014  to present,  plaintiff Mr.  Ralph  S.  Aldedcoa  has  over paid/  and  sustained  a loss  in  excess  of  One  Hundred Forty  (  $ 140,000.00  )  Thousand Dollars  because  of the ' BLACKLIST '.

EE.)   THIRD  CAUSE  OF  ACTION

WILFUL  INFRINGEMENT  OF  RIGHT TO
TO  HAVE  BUSINESS  EXPECTANCIES

16.)   Defendant's  AUCTION   INSURANCE AGENCY,  NEXTGEAR  CAPITAL  INC,  MANHEIM

20

AUCTIONS, MANHEIM AUTOMOTIVE FINANCE CORPORATION, AUTOMOTIVE FINANCE CORPORATION, DEALER SERVICES CORPORATION, MOHAMMAD H. KAVOOSI acted in concert against plaintiff Mr. Ralph S. Aldecoa in a Wilful Infringement of Right to have a Business Expectancies, as these defendant's have become " unjustly enriched " by forcing plaintiff Mr. Ralph S. Aldecoa to secure units at a ' SURCHARGE " that was jointly agreed to by these defendant's.

a.) Plaintiff Mr. Ralph S. Aldecoa has suffered an estimated retail market loss in the amount of Two Hundred Thousand ( $ 200,000.00 ) Dollars

21

as a direct acts, actions and conduct by these

defendant's that was a Wilful Infringement of Right to

have a Business Expectancies.


17.) On or about September 15th,

2014, defendant KAVOOSI induced Plaintiff Mr. Rlobert

V. Tuzon to invested Ten Thousand ( $ 10,000.00 )

as defendant KAVOOSI guaranteed plaintiff Mr. Robert

V. Tuzon would see a yield estimated at Eighty

( 80 % ) profit for each unit.


a.) Plaintiff Mr. Robert V. Tuzon's

monies resulted in fourteen ( 14 ) units being bought

at the auction by defendant KASOOVI.

22

b.)       Defendant KAVOOSI had sold Nine ( 9 ) Units at Twelve Thousand Five Hundred ( $ 12,500.00 ), which comes to One Hundred Twelve Thousand Five Hundred ( $ 112,500.00 ) Dollars;

c.) Eighty ( 80 % ) Per Cent of One Hundred Twelve Thousand Five Hundred ( $ 112,500.00 ) is Ninty Thousand ( $ 90,000.00 ) Dollars payable to Plaintiff Mr. Robert V. Tuzon.

d.) On or about November 12th, 2014 defendant KAVOOSI'S bidding scheme turned out to be a violation of Arizona Department of Transportation/Department of Motor Vehicle Laws and the remaining unit had to be removed from lot.

e.) Defendant KASOOVI has not paid plaintiff Mr. Robert V. Tuzon the amount owed; The Ninety Thousand ( $ 90,000.00 ) Dollars that was agreed too.

## FF.) FOURTH CAUSE OF ACTION

### WILFUL INFLCITION OF MENTAL ANGUISH

18,) The defendant's over all acts, actions and conduct was willful and malicious, that inflicted unwarranted pains, sufferings and mental anguish, as

24

these defendant's knew or should have known that they would cause the proximate injury to Plaintiff's.

GG.)      RELIEF

20.)      WHEREFORE, Plaintiff's pray for Judgment as follows:

HH.)   Actual damages in the amount of Ninety ( $ 90,000.00 ) Thousand Dollars be paid to plaintiff Mr. Robert V. Tuzon by defendant Mr. Mohammed H. Kavoosi;

I I.)   Trial by Jury Demanded

25

J J.)        Compensatory Damages be awarded to Plaintiff's against the defendant's as a result of the defendant's acts, actions and conduct in such amounts as decided by jury in such amounts as are just and reasonable and proven at trial.

K K.)      Punitive damages be awarded to plaintiff against the defendant's as a result of the defendant's acts, actions and conduct in such amounts to be decided by a jury in such amounts as are just and reasonable and proven at trial and to ensure that these defendant do not engage in such conduct in the future.

26

L L,)   For such other and further relief as the Court deems just and reasonable.

DATED THIS 11TH DAY OF JANUARY, 2015;

By: _____
Ralph S. Aldecoa


By: _____
Ralph T. Aldecoa


By: _____
Robert V. Tuzon


27