Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733



Plaintiff's
In Propria Persona


UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )


RALPH S.ALDECOA et al,

                    Plaintiff's,

-v-

JOSEPH T. FIELDS, et ux,
et al,
                    Defendant's,

CV14-2540=TUC-DCB
Kavlosl
CERTIFICATE OF MAILING

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _RV_____ certify that on this _12th_ of _Janver_ 2015;

A copy of this pleading _1st Amended Complaint_

Was mailed to the following named party/defendant

via United States Postal Service:

TO: Mohammed H. Kavousi
DBA K & L Enterprise
150 East Grant Road
Tucson Ariz

By: _RV_____

Page 2