

Ralph  S.  Aldecoa,  et al
P. O. Box  43061
Tucson, AZ  85733

Plaintiff's
In  Propria  Persona

# UNITED  STATES  DISTRICT  COURT

## In  and  For  the  Southern  District  (  Tucson  )

RALPH S.ALDECOA  et al,

             Plaintiff's,

-v-

JOSEPH  T.  FIELDS,  et   ux,
et  al,

            Defendant's,

CV14-2540=TUC-DCB

*MANHEIM  Auto  Fin*

CERTIFICATE  OF
MAILING

---

Page  1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _R. V. _____ certify

that on this _12th_ of _January_ 2015;

A copy of this pleading _1st Amended Complaint_

Was mailed to the following named party/defendant

via United States Postal Service:

TO: _Manhiem Automotive Financial Corp_
_6205 Peach tree Danwoody Road_
_At Leata   Georgia 30328_

By: _____

Page 2