Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )

RALPH S.ALDECOA et al,

                Plaintiff's,

-v-

JOSEPH T. FIELDS, et ux, et al,

                Defendant's,

CV14-2540=TUC-DCB

CERTIFICATE OF MAILING

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _R. V. Juz_____ certify that on this _12th_ of _Janvier_ 2015;

A copy of this pleading _1st Amended Complaint_

Was mailed to the following named party/defendant via United States Postal Service:

TO: Dealer Service, NEXT Gear Capital, Inc
MANHEIM Auctions ERNIE Flores
%0 Corporate Services Co.
2338 West Royal Palm Road
Phoenix Ariz 85021

By: _R. V. Jz_____

Page 2