Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona



# UNITED STATES DISTRICT COURT

## In and For the Southern District ( Tucson )

| | |
|---|---|
| RALPH S. ALDECOA et al, | CV14-2540=TUC-DCB |
| Plaintiff's, | CERTIFICATE OF MAILING |
| -v- | |
| JOSEPH T. FIELDS, et ux, et al, | |
| Defendant's, | |

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _____R. V J_____ certify

that on this __12th__ of __January__ 2015;

A copy of this pleading __1st Amended Complaint__

Was mailed to the following named party/defendant

via United States Postal Service:

TO: Cot Enterprise
2711 Centerville Rd Suite 400
Wilmington DE 19808

By: __R V J__

Page 2