Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

# UNITED STATES DISTRICT COURT

## In and For the Southern District ( Tucson )

| | |
|---|---|
| RALPH S. ALDECOA et al, | CV14-2540=TUC-DCB |
| Plaintiff's, | CERTIFICATE OF MAILING |
| -v- | |
| JOSEPH T. FIELDS, et ux, et al, | |
| Defendant's, | |

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _RV Tuz_____ certify that on this 12th of Janve___ 2015;

A copy of this pleading 1st Amended Complor

Was mailed to the following named party/defendant

via United States Postal Service:

TO: Auctor Insurance Agency.
Thomas Adams Jr
Douglas Moffett
2201 Wood Crest Place
Birmingham AL 35209

By: ___RV___

Page 2