Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

# UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )

RALPH S. ALDECOA et al,

        Plaintiff's,

-v-

JOSEPH T. FIELDS, et ux,
et al,

        Defendant's,

CV14-2540=TUC-DCB

CERTIFICATE OF MAILING

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _____RV_____ certify that on this __12th__ of __January__ 2015;

A copy of this pleading __1st Amended Complaint__

Was mailed to the following named party/defendant

via United States Postal Service:

TO: Shelly Coopalls Kirsten Thompson
Automotive Finance Corp
C/O Corporate Services Suit J
2338 Grant Royal Palm
Pht AZ 85021

By: _____RV_____