Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

# UNITED STATES DISTRICT COURT

## In and For the Southern District ( Tucson )

| | |
|---|---|
| RALPH S. ALDECOA et al, | CV14-2540=TUC-DCB |
| Plaintiff's, | *Fields* |
| | CERTIFICATE OF |
| -v- | MAILING |
| JOSEPH T. FIELDS, et ux, et al, | |
| Defendant's, | |

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _RV [signature]_ certify that on this _12th_ of _January_ 2015;

A copy of this pleading _1st Amended Complaint_

Was mailed to the following named party/defendant

via United States Postal Service:

TO: _Registered Agent Ben Pickell_
_c/o Joseph T. Fields_
_2200 Woodcrest Place #300_
_Birmingham AL 35209_

By: _RV [signature]_

Page 2