# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph S. Aldecoa, Ralph T. Aldecoa, and Robert V. Tuzon,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Joseph T. Fields, et al.,<br><br>　　　　　Defendants. | CV 14-2540 TUC DCB<br><br><br><br><br>**ORDER** |

On December 12, 2014, this Court denied a request for a temporary restraining order/preliminary injunction. The Court explained its limited jurisdiction and gave Plaintiffs leave to amend the Complaint to allege either a federal cause of action or that all Defendants are residents of states other than Arizona. (Order (Doc. 5).) On January 12, 2015, Plaintiffs filed an Amended Complaint, (Doc. 8), which alleges state causes of action for fraud, contract of adhesion, and black listing. As for properly alleging diversity jurisdiction, Plaintiffs allege that Defendants Cox Enterprise, Nextgear Capital Inc., Manheim Auctions, Manheim Automotive Finance Corporations, and Dealer Services Corporations reside in either Indiana or Delaware. Defendant Automotive Finance Corporation is a resident of Georgia, and Defendants Auctions Insurance Agency, Tom Adams, its owner, and his spouse reside in Alabama. It appears that the remainder of the Defendants reside in Arizona where the alleged claims transpired. Diversity jurisdiction cannot be based on anything less than

/////

complete diversity, therefore, the Arizona residency of the remaining Defendants defeats this Court's subject matter jurisdiction.

**Accordingly,**

**IT IS ORDERED** that this case is dismissed, *sua sponte*, for lack of subject matter jurisdiction.

DATED this 21st day of January, 2015.

David C. Bury
United States District Judge