Case: 4:14cv2540

Ralph S Aldecoa

240 E Grant Road
Tucson, AZ 85705

---

Doc. # 17



U.S. DISTRICT COURT CLERK'S OFFICE
405 W. CONGRESS ST. STE. 1500
TUCSON AZ 85701-5010

TO:



RECEIVED
FER - 3 2015
CLERK'S OFFICE
U.S. DISTRICT COURT



☐ NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
☐ NO MAIL RECEPTACLE
☐ NO SUCH NUMBER/STREET
☐ REFUSED   ☐ VACANT   ☐ UNCLAIMED
☐ INSUFFICIENT ADDRESS
    ☐ NEW APT/UNIT NUMBER
    ☐ NEED COMPANY NAME
    AND/OR SUITE NUMBER
☒ ATTEMPTED, NOT KNOWN