Case: 4:14-cv-02540-DCB  Document 19  Filed 03/16/15  Page 1 of 1

**CLERK OF THE UNITED STATES DISTRICT COURT**
Evo A. DeConcini Courthouse
405 W. Congress Street, Ste. 1500
Tucson, Arizona 85701-5010

OFFICIAL BUSINESS

Ralph T Aldecoa

240 E Grant Road
Tucson, AZ 85705

Doc #3



FILED / LODGED
RECEIVED / COPY
MAR 16
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT

PHOENIX AZ 852
09 DEC '14
PM 8 L

Hasler
12/09/2014
US POSTAGE $00.48⁰
ZIP 85701
011D11628939
FIRST-CLASS MAIL

NIXIE    850  SE 1    009        0003/11/15
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 85701509899      *2214-09532-09-45*