Robert V Tuzon

240 E Grant Road
Tucson, AZ 85705



Doc #3

CLERK OF THE UNITED STATES
DISTRICT COURT
Evo A. DeConcini Courthouse
405 W. Congress Street, Ste. 1500
Tucson, Arizona 85701-5010

OFFICIAL BUSINESS

FIRST-CLASS MAIL
$00.48
ZIP 85701
011D11628939
Hasler
12/09/2014
US POSTAGE

NIXIE     850 SE 1     8603/14/15

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 85701509899     *2214-09656-09-45