Case:  4:14cv2540

Clerk's Office
U.S. District Court
405 West Congress Street, Suite 1500
Tucson, Arizona  85701-5010

Robert V Tuzon

240 E Grant Road
Tucson, AZ  85705

Doc. #5

**TO:**



ATTEMPTED NOT KN

RECEIVED
MAR 1 8 2015
CLERK'S OFFICE
U.S. DISTRICT COURT