CLERK OF THE UNITED STATES
DISTRICT COURT
Evo A. DeConcini Courthouse
405 W. Congress Street, Ste. 1500
Tucson, Arizona 85701-5010

OFFICIAL BUSINESS

Ralph S Aldecoa

240 E Grant Road
Tucson, AZ 85705

Doc. # 3



RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
MAR 18 2015

PHOENIX
AZ 852
09 DEC '14
PM 8 L

Hasler
12/09/2014
US POSTAGE
$00.48⁰
FIRST-CLASS MAIL
ZIP 85701
011D11628939

NIXIE        850    SE  1    009        8603/14/15

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  85701569899        *2214-09593-09-45