Case: 4:14cv2540

Clerk's Office
U.S. District Court
405 West Congress Street, Suite 1500
Tucson, Arizona 85701-5010

ATTEMPTED NOT KNOWN

TO:

Ralph T Aldecoa

240 E Grant Road
Tucson, AZ 85705

Doc. # 5

RECEIVED
MAR 18 2015
CLERK'S OFFICE
U.S. DISTRICT COURT