Ralph T. Aldecoa
Ralph S. Aldecoa
240 East Grant Road
Tucson, AZ 85705



Plaintiff
In Propria Perona

# UNITED STATES DISTRICT COURT

## In and For The Southern District ( Tucson )

RALPH S. ALDECOA,
RALPH T. ALDECOA,
ROBERT V. TUZON
        Plaintiffs,

-v-

JOESPH T. FIELDS  et ux,
et al;
        Defendants,

CV 14-2540-TUC-DCB

*Next Gear Capital Inc*

NOTICE and APPLICATION FOR ENTRY OF DEFAULT AGAINST *Next Gear Capital Inc*

Page 1

Page 2
CV 14-2540-TUC-DCB
Notice/Default

This case was filed December 8th, 2014 and copies of the Complaint with acceptance of service and wavier were sent to each named defendant.

The Court issued an order allowing plaintiff's to amend their complaint, which plaintiff's did on or about January 12th, 2015;

Each named defendant was sent a copy of the First Amended Complaint on January 12th, 2015;

The parties had sixty ( 60 ) days to file a responsive pleading, which would be due on or about March 17th, 2015;

To date 4-17-15, plaintiff's have not received anything from these named defendant's;

PLEASE TAKE NOTICE you have Ten ( 10 ) Days from the date of this Notice and Application for Entry of Default against to make a responsive pleading

Page 4
CV142540 TUC DCB
Notice/Default

and or answer to the First Amended Complaint, and send

our response to:

        Mr. Robert V. Tuzon
        P. O. Box 43061
        Tucson, Arizona 85733
        ( 520 ) 551-0479

DATED THIS __17th__ DAY OF APRIL 2015:

        By: _____
        Robert V. Tuzon

Copies sent to each
Named defendant
on this 17r day of
April. 2015