

Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

# UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )

RALPH S. ALDECOA et al,

        Plaintiff's,

-v-

JOSEPH T. FIELDS, et ux,
et al,
        Defendant's,

CV14-2540=TUC-DCB

*Not Goa Capital, Inc* [handwritten]

CERTIFICATE OF MAILING

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _Robert V Tuzon_ certify that on this _17th_ of _April_ 2015;

A copy of this pleading _Notice/ Application for Entry of Default_.
Was mailed to the following named party/defendant

via United States Postal Service:

TO: _Next Gear Capital INC_
    _2338 W Royal Palm Rd Suite J_
    _Phx Ariz 85021_

By: _RV_

Page 2