Ralph T. Aldecoa
Ralph S. Aldecoa
240 East Grant Road
Tucson, AZ 85705

Plaintiff
In Propria Perona

UNITED STATES DISTRICT COURT

In and For The Southern District ( Tucson )

RALPH S. ALDECOA,
RALPH T. ALDECOA,
ROBERT V. TUZON
         Plaintiffs,

-v-

JOESPH T. FIELDS   et ux,
et al;
        Defendants,

CV 14-2540-TUC-DCB

NOTICE and APPLICATION
FOR ENTRY OF DEFAULT
AGAINST _[handwritten]_

Page 1

Page 2
CV 14-2540-TUC-DCB
Notice/Default

This case was filed December 8th, 2014 and copies of the Complaint with acceptance of service and wavier were sent to each named defendant.

The Court issued an order allowing plaintiff's to amend their complaint, which plaintiff's did on or about January 12th, 2015;

Each named defendant was sent a copy of the First Amended Complaint on January 12th, 2015;

Page 3
CV14-2540 TUC DCB
Notice/Default

The parties had sixty ( 60 ) days to file a responsive pleading, which would be due on or about March 17th, 2015;

To date __4-17-15__, plaintiff's have not received anything from these named defendant's;

PLEASE TAKE NOTICE you have Ten ( 10 ) Days from the date of this Notice and Application for Entry of Default against to make a responsive pleading

Page 4
CV142540 TUC DCB
Notice/Default

and or answer to the First Amended Complaint, and send

our response to:

        Mr. Robert V. Tuzon
        P. O. Box 43061
        Tucson, Arizona 85733
        ( 520 ) 551-0479

DATED THIS ___17th___ DAY OF APRIL 2015:

By:_____
   Robert V. Tuzon

Copies sent to each
Named defendant
on this __17__ day of
April. 2015

Page 4