

Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ  85733

Plaintiff's
In Propria Persona

UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )

RALPH S.ALDECOA et al,

        Plaintiff's,

-v-

JOSEPH T. FIELDS, et  ux,
et al,
        Defendant's,

CV14-2540=TUC-DCB

*[handwritten: Automation ok]*

CERTIFICATE OF
MAILING  *[handwritten: Cu r p]*

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _Robert V. Tur_ certify that on this _17th_ of _April_ 2015;

A copy of this pleading _Notice of Application for Entry of Default_

Was mailed to the following named party/defendant

via United States Postal Service:

TO: _Automotive Finance Corp_
_2338 W Royal Palm_
_Suite J_
_Phoenix, Arizona 85021_

By: _RVT_

Page 2