Ralph  T.  Aldecoa
Ralph  S.  Aldecoa
240  East  Grant  Road
Tucson,  AZ  85705

Plaintiff
In Propria Perona



# UNITED  STATES  DISTRICT  COURT

## In  and  For  The  Southern  District   ( Tucson )

| | |
|---|---|
| RALPH  S.  ALDECOA,<br>RALPH  T.  ALDECOA,<br>ROBERT V.  TUZON<br>        Plaintiffs, | CV 14-2540-TUC-DCB |
| | |
| -v- | NOTICE and APPLICATION FOR  ENTRY  OF  DEFAULT AGAINST  ~~Action~~<br>~~Insuror  Agency~~ |
| JOESPH  T.  FIELDS   et ux,<br>et al;<br>        Defendants, | |

Page 2
CV 14-2540-TUC-DCB
Notice/Default

This case was filed December 8th, 2014 and copies of the Complaint with acceptance of service and wavier were sent to each named defendant.

The Court issued an order allowing plaintiff's to amend their complaint, which plaintiff's did on or about January 12th, 2015;

Each named defendant was sent a copy of the First Amended Complaint on January 12th, 2015;

Page 3
CV14-2540 TUC  DCB
Notice/Default

The parties had sixty ( 60 ) days to file

a responsive pleading, which would be due on or about

March 17th, 2015;

To date 4-7-15, plaintiff's have not

received anything from these named defendant's;

PLEASE TAKE NOTICE you have Ten ( 10 )

Days from the date of this Notice and Application for

Entry of Default against to make a responsive pleading

Page 3

Page 4
CV142540 TUC DCB
Notice/Default


and or answer to the First Amended Complaint, and send

our response to:

> Mr. Robert V. Tuzon
> P. O. Box 43061
> Tucson, Arizona 85733
> ( 520 ) 551-0479


DATED THIS ___17th___ DAY OF APRIL 2015:

By:_____
Robert V. Tuzon


Copies sent to each
Named defendant
on this _17_ day of
April. 2015