Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

RECEIVED
APR 17 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )

RALPH S. ALDECOA et al,

        Plaintiff's,

-v-

JOSEPH T. FIELDS, et ux, et al,

        Defendant's,

CV14-2540=TUC-DCB

Auctor Ins Agor

CERTIFICATE OF MAILING

---

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, __Robert V Tuzo__ certify that on this __17th__ of __April__ 2015;

A copy of this pleading __Notio/ Application for Entry of Default__

Was mailed to the following named party/defendant

via United States Postal Service:

TO: __Auction Ins Agency__
    __Suit 200__
    __2200 Wood Crest Place__
    __Birmingham. AL 35209__

By: __RVT__