Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

# UNITED STATES DISTRICT COURT

## In and For the Southern District ( Tucson )

| | |
|---|---|
| RALPH S. ALDECOA et al, | CV14-2540=TUC-DCB |
| Plaintiff's, | Sholla Cocopa/ |
| | CERTIFICATE OF MAILING |
| -v- | |
| JOSEPH T. FIELDS, et ux, et al, | |
| Defendant's, | |

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, Robert V. Tuzon certify that on this 17th of April 2015;

A copy of this pleading Notice / Application for entry of Default

Was mailed to the following named party/defendant

via United States Postal Service:

TO: Shelly Cocopar
2338 W. Royal Palm
Suite J

Pht Ariz 85021

By: RVT

Page 2