

Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

## UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )

RALPH S. ALDECOA et al,

        Plaintiff's,

-v-

JOSEPH T. FIELDS, et ux,
et al,
        Defendant's,

CV14-2540=TUC-DCB
ERine Flones
CERTIFICATE OF MAILING

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, Robert V Tuso certify that on this 17th of April 2015;

A copy of this pleading Notice/Application for Entry of Default

Was mailed to the following named party/defendant

via United States Postal Service:

TO: Ernie Flores
2338 W Royal Palm Rd
Sub J
Pht Ariz 85021

By: RV