Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

# UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )

RALPH S. ALDECOA et al,

        Plaintiff's,

-v-

JOSEPH T. FIELDS, et ux, et al,

        Defendant's,

CV14-2540=TUC-DCB

Thomas Adam Jr

CERTIFICATE OF MAILING

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, __Robert V Tuzo__ certify that on this __17th__ of __April__ 2015;

A copy of this pleading __Notice/Application of Entry of Default__

Was mailed to the following named party/defendant

via United States Postal Service:

TO: __Thomas Adam Jr__
__2200 Woodmeg Place__
__Suit 100__
__Birmingham, AL 35205__

By: __RV__

Page 2