Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona



# UNITED STATES DISTRICT COURT

## In and For the Southern District ( Tucson )

| | |
|---|---|
| RALPH S. ALDECOA et al,<br><br>Plaintiff's,<br><br>-v-<br><br>JOSEPH T. FIELDS, et ux, et al,<br><br>Defendant's, | CV14-2540=TUC-DCB<br>Doug McHeff<br>CERTIFICATE OF MAILING |

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, Robert V. Tuz certify that on this 17th of April 2015;

A copy of this pleading Notice/Application for Entry of Default

Was mailed to the following named party/defendant via United States Postal Service:

TO: Doug Moffott
2200 Woop Crest Place
Suite 100
Birmingham AL 35209

By: RV

Page 2