Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733



Plaintiff's
In Propria Persona

# UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )

| | |
|---|---|
| RALPH S. ALDECOA et al, | CV14-2540=TUC-DCB |
| Plaintiff's, | CERTIFICATE OF MAILING |
| -v- | |
| JOSEPH T. FIELDS, et ux, et al, | |
| Defendant's, | |

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, __Robert V Tuzo__ certify that on this __17th__ of __April__ 2015;

A copy of this pleading __Notice Application__
__for Entry of Default__
Was mailed to the following named party/defendant

via United States Postal Service:

TO: __Joseph T. Ledds__

__2200 Woop Crest Place__
__Suite 30__
__Birmingham, AL 35207__

By: __RVT__

Page 2