APR 1 7 2015

DISTRICT COURT
ARIZONA

Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona


# UNITED STATES DISTRICT COURT

## In and For the Southern District ( Tucson )


RALPH S.ALDECOA et al,

             Plaintiff's,

-v-



JOSEPH T. FIELDS, et ux,
et al,
             Defendant's,

CV14-2540=TUC-DCB

Cot Enterprise

## CERTIFICATE OF MAILING

---

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _Robert V Tuzo_ certify

that on this _17th_ of _April_ 2015;

A copy of this pleading _Notice / Application for
Entry of Default_

Was mailed to the following named party/defendant

via United States Postal Service:

TO: _Cot Enterprises_
_2711 Centerville Rd Ste 400_
_Wilmington DE 19808_

By: _____

Page 2