

Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

# UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )

RALPH S.ALDECOA et al,

        Plaintiff's,

-v-

JOSEPH T. FIELDS, et ux,
et al,
        Defendant's,

CV14-2540=TUC-DCB

*Kristie Thompson*

CERTIFICATE OF
MAILING

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _Robert Vi Tuzon_ certify that on this _17th_ of _Dec_ 2015;

A copy of this pleading _Notice/ Application of Entry of Default_

Was mailed to the following named party/defendant

via United States Postal Service:

TO: _Kristen Thompson Smith_
_2338 W. Royal Palm Rd_
_Pht Ariz 85021_

By: _RV_