Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona

# UNITED STATES DISTRICT COURT

## In and For the Southern District ( Tucson )

RALPH S. ALDECOA et al,

        Plaintiff's,

-v-

JOSEPH T. FIELDS, et ux, et al,

        Defendant's,

CV14-2540=TUC-DCB

K & L Enterprise

CERTIFICATE OF MAILING

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _Robert V Tur_ certify that on this _17th_ of _April_ 2015;

A copy of this pleading _Notice/Application for Entry of Default_

Was mailed to the following named party/defendant

via United States Postal Service:

TO: _K & L Enterprise_
_2345 South Croycroft_
_Tucson Arizona_

By: _RV_