

Ralph S. Aldecoa, et al
P. O. Box 43061
Tucson, AZ 85733

Plaintiff's
In Propria Persona


UNITED STATES DISTRICT COURT

In and For the Southern District ( Tucson )


RALPH S. ALDECOA et al,

          Plaintiff's,

-v-

JOSEPH T. FIELDS, et ux,
et al,
          Defendant's,

CV14-2540=TUC-DCB

CERTIFICATE OF
MAILING
MANHEIM ACtions

Page 1

Page 2
Certificate of Mailing
CV14-2540-TUC-DCB

I, _Robert V Tuzik_ certify that on this _17th_ of _April_ 2015;

A copy of this pleading _Notice / Application for Default_

Was mailed to the following named party/defendant

via United States Postal Service:

TO: _Manheim Auction_
_6205 Peach tree Dun Woody Rd_
_Atlanta GA. 30328_

By: _RVT_

Page 2