**Lewis Roca Rothgerber LLP**
One South Church Avenue, Suite 700
Tucson, AZ 85701-1611

**Jeffrey L. Sklar** (State Bar No. 026372)
Direct Dial: 520.838.7742
Direct Fax: 520.879.4712
E-mail:    jsklar@lrrlaw.com
Attorneys for NextGear Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH S. ALDECOA, RALPH T. ALDECOA, ROBERT V. TUZON,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH T. FIELDS and his spouse JANE DOE 1 FIELDS; KIRSTEN THOMPSON and her spouse JOHN DOE 1 THOMPSON; COX ENTERPRISE; NEXTGEAR CAPITAL, INC.; MANHEIM AUCTIONS; MANHEIM AUTOMOTIVE FINANCE CORPORATIONS; DEALER SERVICES CORPORATIONS; SHELLY COCAPOLA and her spouse JOHN DOE 11 COCAPOLA; ERNIE FLORES and his spouse JANE DOE 11 FLORES; AUTOMOTIVE FINANCE CORPORATIONS; TOM ADAMS, OWNER PRESIDENT OF AUCTIONS INSURANCE AGENCY and his Spouse JANE DOE 111 ADAMS; DOUG MOFFETT and his spouse JANE DOE IV MOFFETT; MOHAMMED H. KAVOOSI, sole proprietor DBA K & L ENTERPRISE; JOHN DOES IV to X; JANE DOES V to X; ABC CORPORATIONS I to X; ABC PARTNERSHIPS I to X; XYZ ENTITIES I to X,<br><br>Defendant. | No. 14-cv-02540-DCB<br><br>**MOTION TO STRIKE MOTIONS FOR ENTRY OF DEFAULT AND NOTICES OF SERVICE** |

Defendants NextGear Capital, Inc.; Cox Enterprises, Inc.; Dealer Services

Corporation; Manheim Automotive Finance Corporation; Manheim Auctions; Joseph

5763073_1

Fields; and Kirsten Thompson (not all of which actually exist, but all of which are referred to together as the "NextGear Defendants") move to strike the Motions for Entry of Default and Notices of Service filed on April 17, 2015 and entered on the docket on April 27, 2015 (Dkt. #25-26, 39-48, 51-52).  The motions sought default against all defendants for allegedly failing to answer plaintiffs' First Amended Complaint.

These motions and notices are improper and should be stricken for two reasons.  First, they were filed by Robert V. Tuzon, who is not an attorney, solely on behalf of plaintiffs Ralph T. Aldecoa and Ralph S. Aldecoa.  Although Mr. Tuzon is a plaintiff, he did not file the motions on his own behalf.  As a non-attorney, he is not permitted to file documents on behalf of any person besides himself.  *See* 28 U.S.C. § 1654 (allowing parties to appear on their own behalf or through counsel); *see also Johns v. County of San Diego*, 114 F.3d 874, 875 (9th Cir. 1997) ("While a non-attorney may appear pro se on his own behalf, he has no authority to appear as an attorney for others than himself.") (internal quotations marks omitted).

The more fundamental problem with the motions is that the case has already been dismissed for lack of subject matter jurisdiction.  *See* Order of January 22, 2015 (Dkt #17).  The defendants have no obligation to respond to a complaint that has already been dismissed.  The Court should therefore strike the Motions for Entry of Default and Notices of Service.

Although the NextGear Defendants can move to strike only the motions and notices concerning them, the same arguments set forth above apply equally to the motions and notices concerning the remaining defendants (Dkt. #27-38, 49-50).

A proposed order striking the motions and notices has been submitted.

/////

/////

/////

/////

DATED this 30th day of April, 2015.

LEWIS ROCA ROTHGERBER LLP

By: */s/Jeffrey L. Sklar*
    Jeffrey L. Sklar
Attorneys for NextGear Capital, Inc.

COPY of the foregoing mailed this 30th day of April, 2015, to:

Ralph S. Aldecoa
Ralph T. Aldecoa
Robert V. Tuzon
240 East Grant Road
Tucson, AZ 85705

Robert V. Tuzon
P.O. Box 43061
Tucson, AZ 85733
*Plaintiffs in Propria Persona*

/s/ Renee L. Creswell