UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH S. ALDECOA, RALPH T. ALDECOA, ROBERT V. TUZON,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JOSEPH T. FIELDS and his spouse JANE DOE 1 FIELDS; KIRSTEN THOMPSON and her spouse JOHN DOE 1 THOMPSON; COX ENTERPRISE; NEXTGEAR CAPITAL, INC.; MANHEIM AUCTIONS; MANHEIM AUTOMOTIVE FINANCE CORPORATIONS; DEALER SERVICES CORPORATIONS; SHELLY COCAPOLA and her spouse JOHN DOE 11 COCAPOLA; ERNIE FLORES and his spouse JANE DOE 11 FLORES; AUTOMOTIVE FINANCE CORPORATIONS; TOM ADAMS, OWNER PRESIDENT OF AUCTIONS INSURANCE AGENCY and his Spouse JANE DOE 111 ADAMS; DOUG MOFFETT and his spouse JANE DOE IV MOFFETT; MOHAMMED H. KAVOOSI, sole proprietor DBA K & L ENTERPRISE; JOHN DOES IV to X; JANE DOES V to X; ABC CORPORATIONS I to X; ABC PARTNERSHIPS I to X; XYZ ENTITIES I to X,<br><br>　　　　　　　　　Defendant. | No. 14-cv-02540-DCB<br><br>**ORDER STRIKING MOTIONS FOR ENTRY OF DEFAULT AND NOTICES OF SERVICE** |

　　　The Court has reviewed the Motion to Strike Motions for Entry of Default and Notices of Service.  Good cause appearing,

5763126_1

IT IS HEREBY ORDERED that the Motions for Entry of Default and Notices of Service at Docket Nos. 25-52 are stricken.