**Lewis Roca Rothgerber LLP**
One South Church Avenue, Suite 700
Tucson, AZ 85701-1611

**Jeffrey L. Sklar** (State Bar No. 026372)
Direct Dial: 520.838.7742
Direct Fax: 520.879.4712
E-mail:   jsklar@lrrlaw.com
Attorneys for NextGear Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| RALPH S. ALDECOA, RALPH T. ALDECOA, ROBERT V. TUZON,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH T. FIELDS and his spouse JANE DOE 1 FIELDS; KIRSTEN THOMPSON and her spouse JOHN DOE 1 THOMPSON; COX ENTERPRISE; NEXTGEAR CAPITAL, INC.; MANHEIM AUCTIONS; MANHEIM AUTOMOTIVE FINANCE CORPORATIONS; DEALER SERVICES CORPORATIONS; SHELLY COCAPOLA and her spouse JOHN DOE 11 COCAPOLA; ERNIE FLORES and his spouse JANE DOE 11 FLORES; AUTOMOTIVE FINANCE CORPORATIONS; TOM ADAMS, OWNER PRESIDENT OF AUCTIONS INSURANCE AGENCY and his Spouse JANE DOE 111 ADAMS; DOUG MOFFETT and his spouse JANE DOE IV MOFFETT; MOHAMMED H. KAVOOSI, sole proprietor DBA K & L ENTERPRISE; JOHN DOES IV to X; JANE DOES V to X; ABC CORPORATIONS I to X; ABC PARTNERSHIPS I to X; XYZ ENTITIES I to X,<br><br>Defendant. | No. 14-cv-02540-DCB<br><br>**AMENDED CERTIFICATE OF SERVICE RE MOTION TO STRIKE MOTIONS FOR ENTRY OF DEFAULT AND NOTICES OF SERVICE** |

On April 30, 2015, Defendants NextGear Capital, Inc.; Cox Enterprises, Inc.; Dealer Services Corporation; Manheim Automotive Finance Corporation; Manheim Auctions; Joseph Fields; and Kirsten Thompson (not all of which actually exist, but all

5765443_1

of which are referred to together as the "NextGear Defendants") filed their Motion to Strike Motions for Entry of Default and Notices of Service [Dkt. #53] and hereby amend the certificate of service of include Ralph S. Aldecoa and Ralph T. Aldecoa at the address of P.O. Box 43061, Tucson, AZ  85733.

DATED this 30th day of April, 2015.

                                LEWIS ROCA ROTHGERBER LLP

By: */s/Jeffrey L. Sklar*
    Jeffrey L. Sklar
Attorneys for NextGear Capital, Inc.

COPY of the foregoing mailed this 30th day of April, 2015, to:

Ralph S. Aldecoa
Ralph T. Aldecoa
Robert V. Tuzon
240 East Grant Road
Tucson, AZ  85705

Ralph S. Aldecoa
Ralph T. Aldecoa
Robert V. Tuzon
P.O. Box 43061
Tucson, AZ  85733
*Plaintiffs in Propria Persona*

*/s/ Renee L. Creswell*