# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph S. Aldecoa, Ralph T. Aldecoa, and Robert V. Tuzon,<br><br>   Plaintiffs,<br>v.<br><br>Joseph T. Fields, et al.,<br><br>   Defendants. | CV 14-2540 TUC DCB<br><br>**ORDER** |

On January 22, 2015, the Court dismissed this case, *sua sponte*, for lack of subject matter jurisdiction. The Court did not order the Clerk of the Court to enter a separate judgment. Fed. R. Civ. P. 58(a). The Court did not specify that dismissal was without prejudice. The Order dismissing the action was sent to all three Plaintiffs at 240 E. Grant Road in Tucson, Arizona. The Order mailed to Ralph S. Aldecoa was returned as undeliverable. The record reflects that additional mailings from this Court to this address of record for the Plaintiffs have been returned as to all of them. Nevertheless, still using this address of record, on April 17, 2015, Defendant Tuzon began filing motions asking the Court to enter defaults against the Defendants.

On April 30, 2015, some of the Defendants filed a Motion to Strike the Motions for Entry of Default. As Defendants note, Plaintiff Robert V. Tuzon, acting pro se, may not represent the Plaintiffs Aldecoas. More importantly, this case was dismissed for lack of subject matter jurisdiction. There was no requirement for Defendants, who were served on

January 14, 2015, before the dismissal or served subsequent to dismissal of the action, to file answers. The Court denies the motions for entry of default; the motion to strike is moot.

The Court takes this opportunity to correct its failure to enter a separate document of judgment, pursuant to Fed. R. Civ. P. 58(a), and to clarify that dismissal is without prejudice.

**Accordingly,**

**IT IS ORDERED** that the Motions for Entry of Default (Docs. 25, 27, 29, 31, 33, 35, 37, 39, 41, 43, 45, 47, 49, 51) are DENIED.

**IT IS FURTHER ORDERED** that the Motion to Strike (Doc. 53) these motions is DENIED AS MOOT.

**IT IS FURTHER ORDERED** that the dismissal of the action for lack of subject matter jurisdiction is WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter Judgment accordingly.

DATED this 7th day of May, 2015.

David C. Bury
United States District Judge

2