# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph S. Aldecoa, et al., | NO. CV-14-02540-TUC-DCB |
| Plaintiffs, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Joseph T. Fields, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 8, 2015, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

May 8, 2015

By  s/ Becky Ruiz
    Deputy Clerk
