U.S. DISTRICT COURT CLERK'S OFFICE
405 W. CONGRESS ST. STE. 1500
TUCSON AZ 85701-5010

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

MAY 18 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**TO:**

Ralph T Aldecoa

240 E Grant Road
Tucson, AZ 85705

NIXIE    857053057-1N    05/14/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

4:14-cv-2540
doc #55 & #56



