

U.S. DISTRICT COURT CLERK'S OFFICE
405 W. CONGRESS ST. STE. 1500
TUCSON AZ 85701-5010

FILED _____ LODGED
RECEIVED _____ COPY

MAY 18 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**TO:**

Robert V Tuzon

240 E Grant Road
Tucson, AZ 85705

NIXIE     857053057-1N          05/14/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

4:14-CV-2540
Doc#55 ##56