1  Name: Robert V Tuzon
2  Correction No.
3  Address: P.O Box 43061
4  Tucson AZ 85733

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUN - 8 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Ralph Aldoca etal
Plaintiff,

vs.

Joseph T. Fields etal
Defendant(s).

CASE NO. CV-14-2540-TUC DCB

NOTICE OF CHANGE OF ADDRESS

I, R.V Tuzon, Plaintiff in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is as follows:

P.O Box 43061
Tucson AZ
85733

Respectfully submitted this 8th day of June, 2015.

_____RV_____
Signature

Copy of the foregoing mailed this 8th day of June, 2015, to:

All Parties