Ralph T. Aldecoa et al
892 West Grant Road
Tucson, AZ 85705

Plaintiff's
In Propria Persona



# UNITED STATES DISTRICT COURT

{ Southern District, Tucson Arizona }

| | |
|---|---|
| RALPH T. ALDECOA et al, | 4:14-cv-02540-DCB |
| Plaintiff's | CV 14 1540 TUC DCB |
| -v- | MOTION FOR RECONSIDERATION |
| JOESPH T. FIELDS, et al, | |

Page 1

The Plaintiff's file their motion for reconsideration in this matter, as the Court received the First Amended Complaint during January 2015, and apparently the Court did not make any ruling on that pleading until on or about May 7, 2015, and Plaintiff's received a copy of that order on or about June 7th, 2015;

The order did not reference the First Amended Complaint, and the plaintiff's request the Court to vacate it's judgment and order and state what the pro se plaintiff's need to do to satisfy any requirement so this case can go forward.

RESPECTFULLY SUBMITTED THIS 18th DAY OF JUNE, 2015:

By: _____
Ralph T. Aldecoa

By: _____
Ralph S. Aldecoa

By: _____
Robert V. Tuzon