U.S. DISTRICT COURT CLERK'S OFFICE
405 W. CONGRESS ST. STE. 1500
TUCSON AZ 85701-5010

TO:

Ralph T Aldecoa

240 E Grant Road
Tucson, AZ 85705



FILED ___ LODGED
RECEIVED ___ COPY

JUL 2 3 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY



RECEIVED
JUL 2 3 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

NIXIE        857052044-1N           07/21/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

14 CV 2540
Doc #61

□ NOT DELIVERABLE AS ADDRESSED